**JS-6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| NICOLE IDA JOSEPH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL MOSES JOSEPH, in his individual capacity and trustee of the Joseph Family Trust dated April 11, 2005; ANTHONY ROBERT JOSEPH, in his individual capacity and trustee of the Joseph Family Trust dated April 11, 2005; THE JOSEPH TRUST; and DOES 1-20.<br><br>Defendants. | CASE NO. 8:18-cv-01975-AG-(DFMx)<br><br>**ORDER GRANTING DISMISSAL OF THE FIRST AMENDED COMPLAINT WITH PREJUDICE**<br><br>Assigned to Hon. Andrew J. Guilford<br><br>Action Filed: November 2, 2018 |

## **ORDER**

Pursuant to the parties' stipulation in this matter and good cause appearing, the entire action is dismissed with prejudice. Each side shall bear his/her own attorneys' fees and costs. The Court shall maintain jurisdiction to enforce the terms of the parties' settlement agreement,

**IT IS SO ORDERED.**

Dated: December 11, 2019

_____
UNITED STATES DISTRICT JUDGE
ANDREW J. GUILFORD